IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GEICO MARINE INSURANCE
COMPANY, a Maryland corporation,

       Plaintiff,

                                CASE NO.:

v.

SMITH & WICK MARINE DIESEL,
INC., a Florida corporation,

       Defendant.
_____/

## COMPLAINT

Plaintiff, GEICO MARINE INSURANCE COMPANY, a Maryland corporation, in the above-styled cause, sues Defendant, SMITH & WICK MARINE DIESEL, INC., a Florida corporation.

1. This action is within the Diversity Jurisdiction of this Court pursuant to 28 U.S.C. §1332, in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

2. At all relevant times, GEICO MARINE INSURANCE COMPANY (hereinafter "GEICO") was and is a Maryland corporation and citizen of Maryland, and has its principal place of business located at 880 South Pickett Street, Alexandria, Arlington County, Virginia.

3. SMITH & WICK MARINE DIESEL, INC. (hereinafter "SMITH & WICK") is a Florida corporation and citizen of Florida, and has its principal place of business located at 110 Bandon Lane, Jupiter, Palm Beach County, Florida.

4.    At all relevant times, GEICO was the insurer of that certain 2006 Grand Banks 47' Europa motor vessel, HIN: GNDV0015F606, known as the GRAND CRU ex SALTY LADY (hereinafter "GRAND CRU") owned by William and Carole Outerbridge (hereinafter "Outerbridges") by virtue of insurance policy number SPY1054335-00 providing yacht marine insurance coverage for the GRAND CRU.

5.    On April 18, 2016 and previous dates, the Outerbridges had SMITH & WICK, a marine diesel service company, perform various mechanical services to the motor vessel GRAND CRU.

6.    On April 18, 2016, the motor vessel GRAND CRU sustained severe fire damage as a result of a fire that was started as a result of negligent work and services provided by SMITH & WICK, including but not limited to the failure to properly secure the vessel's batteries and electrical system when SMITH & WICK became aware of electrical problems, including but not limited to smoking in the vicinity of an electrical bonding plate and abnormal heating of a control cable.

7.    SMITH & WICK, had a duty to use reasonable care with regard to the service of motor vessel GRAND CRU.

8.    SMITH & WICK, breached their duty to the Outerbridges and was negligent with regard to the service of the engines, electrical system and other components of the motor vessel GRAND CRU in that they failed to properly secure the vessel's batteries and electrical system when they became aware of electrical problems, including but not limited to smoking in the vicinity of an electrical bonding plate and abnormal heating of a control cable.

9. As a result of the failure of SMITH & WICK to properly service the motor vessel GRAND CRU and take other such steps as were necessary to avoid an electrical fire, the Outerbridges have suffered severe damages to their yacht, the contents of their yacht and their personal property.

10. Pursuant to claims made by the Outerbridges, GEICO has made payments to or on behalf of the Outerbridges for certain losses and damages suffered by the Outerbridges as a result of the fire on the GRAND CRU.

11. As a result of the payments made, referenced above, GEICO is subrogated to the rights of the Outerbridges to the extent of payments made, and is entitled to recover such payments from Defendant SMITH & WICK.

12. The losses suffered by GEICO total One Hundred Ninety Nine Thousand, One Hundred and Thirty-Seven Dollars and Eighty-Two Cents ($199,137.82) plus Twelve Thousand Four Hundred Forty-Six and 01/100 ($12,446.01) accumulated pre-judgment interest for a grand total of Two Hundred Eleven Thousand Five Hundred Eighty-Three and 56/100 ($211,583.83).

13. In addition to the above, GEICO has paid for necessary adjusting and expert services to properly meet its duties to its insureds, the Outerbridges, to be able to properly adjust the claims made.

WHEREFORE, Plaintiff, GEICO MARINE INSURANCE COMPANY, demands judgment for damages against Defendant, SMITH & WICK MARINE DIESEL, INC., plus pre-

judgment interest calculated from the date of the loss, the costs of bringing this action, attorney fees, and other such relief that this Court deems just and proper.

                              Respectfully submitted,

                              _____
                              Robert A. Craven, Esquire
                              FBN: 341975
                              LAW OFFICE OF ROBERT A. CRAVEN
                              3637 Fourth Street North, Suite 290
                              St. Petersburg, Florida   33704
                              Telephone: 727-895-5700
                              Facsimile:  727-895-5710
                              Email: rob@robcravenlaw.com
                              Counsel for Plaintiff