IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

GEICO MARINE INSURANCE
COMPANY, a Maryland corporation,

    Plaintiff,

v.                                               CASE NO.: 0:18-cv-60849-DPG-BSS

SMITH & WICK MARINE DIESEL,
INC., a Florida corporation,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant (hereinafter referred to as "Parties"), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of the above-captioned action with prejudice as a full and complete settlement has been reached between the Parties. The Parties shall bear their own attorneys' fees, costs and expenses.

DATED ____3-7-19_____        DATED_____3-7-19_____

s/Robert. A. Craven_____        s/William R. Boeringer_____
Robert A. Craven, Esquire                  William R. Boeringer, Esquire
FBN: 341975                                          FBN: 347191
3637 4th Street N. – Suite 290               Horr, Novak & Skipp P.A.
St. Petersburg, FL 33711                    Two Datran Center – Suite 1700
Tel: 727-895-5700                          9130 S. Dadeland Boulevard
Fax: 727-895-5710                         Miami, FL 33156
Email: rob@robcravenlaw.com          Tel: 305-670-2525
Attorney for Plaintiff                            Fax: 305-670-2526
                                                     Email: wboeringer@admiral-law.com
                                                     Attorney for Defendant